**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**In re:**

**KATHIUSKA I. RAMIREZ,**                                        **Case No.19-13447-KHK**

**Debtor.**                                                                    **Chapter 7**

**UNITED STATES TRUSTEE'S MOTION TO EXTEND DEADLINE
FOR OBJECTIONS TO  DISCHARGE OR DISCHARGEABILITY OF DEBTS**

Comes Now, John P. Fitzgerald, III, Acting United States Trustee for Region Four, and,
pursuant to Bankruptcy Rules 4004(a) and (b), hereby requests an extension of time to file a
complaint objecting to the discharge of the debtor pursuant to 11 U.S.C. § 727 and challenge the
dischargeability of certain debts. In support of his motion the Acting United States Trustee states
the following:

1.  The Debtor commenced this proceeding by filing a petition for relief under Chapter 7
of the Bankruptcy Code on October 21, 2019. [*Docket Entry #1*]

2.  Along with the voluntary petition, the Debtor filed his Individual Schedule(s) and/or
Statement(s), Lists.  The Debtor signed each of the documents under penalty of perjury. [*Id at 34
and 41*].

3.  Janet Meiburger was appointed the interim chapter 7 trustee and a 341(a) Meeting of
Creditors ("Meeting of Creditors") was set for and concluded on November 21, 2019. She
remains the chapter 7 trustee. [*Docket Entry #4*]

4.  Pursuant to Bankruptcy Rule 4004(a), the deadline for a party wishing to object to the
Debtor's discharge or challenge dischargeability of certain debts is (60) days from the first date

Office of United States Trustee
Joseph Guzinski
Asst. United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
joseph.a.guznski@usdoj.gov

set for the Meeting Of Creditors.  The deadline in this case is **January 21, 2020**.  *[Docket entry*

*#4]*

5.   Bankruptcy Rule 4004(b) provides that this deadline may be extended for cause upon

the request of any party in interest after hearing and notice, and prior to the expiration of the

objection period.

6.  The United States Trustee requests that the deadline for any party to object to the

Debtor's discharge or dischargeability of certain debt be extended 90 days, through and

including April 20, 2020.

7.  The United States Trustee has received information regarding the veracity of the

schedules and statements filed by the Debtor which warrants further investigation and review.

8.  The United States Trustee requests additional time so that he can complete his

investigation of the circumstances in this case, which will enable him to determine whether filing

a complaint objecting to discharge is warranted in this case.

9.   Extensions of time for objecting to discharge should be granted liberally absent a clear

showing of bad faith on the part of the party requesting the extension. *In re Kellogg*, 41 B.R.

836, 838 (Bankr. W.D. OK 1984).

10.   In addition, the granting of the requested extension will not prejudice the debtor in

any way and will not impede the efficient administration of the case. *In re Knobel*, 54 B.R. 458,

461 (Bankr. D. Col. 1985)(extension of time to object to debtor's discharge granted where

extension requested by creditor was not made in bad faith, the delay as a result of the extension

is insubstantial and would not adversely affect the administration of the case, and the extension

would not result in any prejudice to the debtor).

WHEREFORE, THE UNITED STATES TRUSTEE MOVES THE COURT TO:

1.   Extend the deadline for objecting to discharge of the Debtor or challenging

dischargeability of debts for 90 days, through and including ***April 20, 2020***;

2.   Grant such further relief as the Court may deem just and fair.


January 16, 2020                                     JOHN P. FITZGERALD, III
                                                     ACTING U.S. TRUSTEE, REGION 4


                                           By:   */s/ Joseph A. Guzinski*
                                                 Joseph A. Guzinski
                                                 Asst. United States Trustee
                                                 Office of United States Trustee
                                                 1725 Duke Street, Suite 650
                                                 Alexandria, VA 22314
                                                 (703) 557-7274
                                                 joseph.a.guzinski@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2020, I electronically filed the foregoing motion to extend time with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Kathiuska I. Ramirez
11515 Hearthstone Court
Reston, VA 20191
*Debtor*

Nathan A. Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, VA 22030
Email: Fbarsad@cs.com
*Counsel for Debtor*

Janet M. Meiburger
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726
703-556-9404
Email: trustee@meiburgerlaw.com
*Chapter 7 Trustee*

/s/ Paula Blades
Paula Blades
Paralegal Specialist